Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLTOWN COURT OWNERS ASSOCIATION,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>           Defendants. | C10-0596-JCC<br><br>**ORDER** |

This matter comes before the Court upon the parties' joint stipulated motion to stay this case. (Dkt. No. 31). Also currently pending before the Court is Plaintiff's motion for the withdrawal and substitution of counsel. (Dkt. No. 28). Having reviewed the submissions and found good cause therein, the Court hereby GRANTS both motions.

The Court therefore STAYS this matter indefinitely. The Court ORDERS the parties to file a joint status report by no later than Friday, July 8, 2011.

ORDER, C10-0596-JCC
Page 1

The Court also AUTHORIZES Plaintiff's attorneys to withdraw from representation. The Clerk shall TERMINATE the representation of Caitlin Finley, Daniel Klein, Dean Pody, Inge Fordham, and Kris Sundberg, all of whom are attorneys with Sundberg & Pody Law Office, PLLC. In the place of these attorneys, the Clerk shall SUBSTITUTE C. Kenworthey Harer, Rachel Burkemper, and Valerie Oman, all three of whom are attorneys with the Condominium Law Group.

The Court STRIKES all other pending motions. (Dkt. Nos. 20, 21 & 30). The parties have leave to re-file these motions after the stay in this matter is lifted.

SO ORDERED this 18th day of April, 2011.

_____
JOHN C. COUGHENOUR
United States District Judge